RECEIVED
DEC 11 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA : Mag. No. 13-2550 (DEA)

v.

MENDEL EPSTEIN, et al. : ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

The matter having been opened to the Court by Charles Waldron appearing on behalf of defendant Avrohom Goldstein and Assistant U.S. Attorneys Joseph Gribko and Sarah Wolfe appearing on behalf of Paul J. Fishman, United States Attorney for the District of New Jersey, for an Order to Modify the conditions of pretrial release to permit defendant Goldstein to return to work at the Ditmas Park Rehabilitation Center, Brooklyn, NY; and the Office of the United States Attorney taking no position on the issue while relying on the recommendations of Pretrial Services and Pretrial Services having no objection to the modification with certain conditions;

WHEREFORE, on this 11th day of December, 2013;

ORDERED that, subject to the verification by Pretrial Services of Defendant's employment status and its approval of the specific arrangements of his work schedule, the Defendant's application is GRANTED. All of the remaining conditions of Defendant's pretrial release remain in effect.

Hon. Douglas E. Arpert
United States Magistrate