UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MENDEL EPSTEIN

Case No. 3:14-cr-00287 (FLW)

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, and without objection by the government, **IT IS ORDERED** that the motion is: **GRANTED**.

**IT IS ORDERED** that the defendant shall be immediately released from Bureau of Prisons custody.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 3582(c)(1)(A), the defendant shall serve a "special term" of supervised release on location monitoring with home detention for 27 months, to be served at his home at 317 Damiano Way, Lakewood, New Jersey.

**IT IS FURTHER ORDERED** that the defendant shall be permitted to leave his residence only for medical appointments and to attend religious services for up to two hours on Saturdays at Cong bais Pinchas Shalom located at 240 Enclave Boulevard in Lakewood.

**IT IS FURTHER ORDERED** that the location monitoring technology is at the discretion of the United States Probation Office, and the defendant shall pay the costs of location monitoring.

**IT IS FURTHER ORDERED** that at the conclusion of the "special term" of supervised release, Mr. Epstein shall serve the original term of supervised release imposed by the Court at the time of sentencing on December 16, 2015.

**IT IS SO ORDERED**.

Dated: July 26, 2022

                                                FREDA L. WOLFSON
                                     CHIEF UNITED STATES DISTRICT JUDGE

4867-4793-7579.v1